**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MORSHED ALAM,

*Petitioner*,

v.

MERRICK B. GARLAND, Attorney
General,

*Respondent*.

No. 19-72744

Agency No.
A215-826-397

ORDER

Filed June 3, 2021

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition is vacated.