| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 29 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MORSHED ALAM,

        Petitioner,

  v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

No. 19-72744

Agency No. A215-826-397

ORDER

Before: BYBEE and COLLINS, Circuit Judges, and STEARNS,[*] District Judge.

    Petitioner's unopposed motion for voluntary dismissal of this matter (Dkt. No. 99) is GRANTED, and this matter is DISMISSED. *See* FED. R. APP. P. 42(b).

Each side shall bear its own costs. This order constitutes the mandate of this court.

---

[*] The Honorable Richard G. Stearns, United States District Judge for the District of Massachusetts, sitting by designation.